EDWARD A. LAYTON, Respondent, *v.* ELIZABETH H. KRAFT et al., Defendants, and HENRY A. ST. JOHN et al., Appellants.

*Layton* v. *Kraft,* 126 App. Div. 950, affirmed.
(Argued January 21, 1909; decided February 9, 1909.)

APPEAL from a judgment, entered September 30, 1908, upon orders of the Appellate Division of the Supreme Court in the first judicial department, one of which affirmed an interlocutory judgment of Special Term in an action for the partition of certain real property, and the other affirmed an order of the court at a Trial Term denying a motion for a new trial after a verdict in favor of plaintiff upon a trial of the questions of fact.

*Morris A. Tyng, William H. Beam* and *Charles A Deshon* for appellants.

*Rastus S. Ransom* and *Acton Civill Bassett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK, and CHASE, JJ.